B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WILLOWBROOK PIZZA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3237942** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL** | ZIP Code<br>**60611** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP Code | Mailing Address of Joint Debtor (if different from street address): | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **WILLOWBROOK PIZZA, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **WILLOWBROOK PIZZA, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas  06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
WILLOWBROOK PIZZA, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being the sole Director of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent this _16_ day of February, 2011.

_____
JOHN APOSTOLOU, Director

```
9N6-PRAXAIR DISTRIBUTION, INC.
DEPT. CH 10660
PALATINE, IL 60055-0660


AARON J SLOVAK



ACOSTA, URIEL
7423 WOODWARD AVE APT 313
WOODRIDGE, IL 60517


AFFIRMED MEDICAL SERVICE, INC.
773 TIPPERARY
GILBERTS, IL 60136


AFFORDABLE COMMUNICATIONS, INC
2450 DELTA LANE
ELK GROVE VILLAGE, IL 60007


ALERT PROTECTIVE SERVICES, INC
3833 NORTH CICERO AVE
CHICAGO, IL 60641-3623


ALPHA FILTERS, INC.
P.O. BOX 30149
CHICAGO, IL 60630


AMERICANA FOODS, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


AMERICO, INC.
P.O. BOX 2125
WEST MEMPHIS, AR 72303


ANDERSEN, JULIA C.
11229 W 85TH ST.
WILLOW SPRINGS, IL 60480


ANDERSEN, KYLA
247 SOMERSET
WILLOWBROOK, IL 60527
```

ANDREUCCETTI, KELLY N.
4609 CROSS ST.
DOWNERS GROVE, IL 60515


ANTONIO VELAZQUEZ
709 EAST HACKBERRY LANE
MT PROSPECT, IL 60056


APPLIED MEDIA TECHNOLOGIES COR
4091 AMTC CENTER DRIVE
CLEARWATER, FL 33764-6976


ARAUJO, VALENTIN
7209 SUNRISE
DARIEN, IL 60561


ARELLANO, ABRAHAM R.
5934 S TRIPP
CHICAGO, IL 60623


ASCO INSURANCE SERVICES INC
8729 N NARRAGANSETT AVE
MORTON GROVE, IL 60053


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


AT&T
P.O. BOX 8100
AURORA, IL 60507-8100


AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM, IL 60197


ATHERTON, NICHOLAS S.
9153 DEL PRADO DR.
PALOS HILLS, IL 60465


AUCLAIR, CHRISTINE A.
626 70TH STREET
DARIEN, IL 60561

Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARNISH, NIKO J.
7317 SUNRISE STREET
DARIEN, IL 60561


BAXTER, JOANN E.
112 E. 15TH STREET
LOCKPORT, IL 60441


BAYAA, PATRICIA A.
717 W. 65TH STREET APT 4
WESTMONT, IL 60559


BENITEZ, HERMENEGILDO
228 CHARLOTTE LANE
BOLINGBROOK, IL 60440


BENITEZ, OBED
228 CHARLOTTE LANE
BOLINGBROOK, IL 60440


BEREZOSKI, KENNETH J.
1827 S. ELMWOOD AVE
BERWYN, IL 60402


BIALLAS, KELLY K.
148 AINSLIE DRIVE
WESTMONT, IL 60559


BIELBY, ANTHONY R.
329 N. PINECREST
BOLINGBROOK, IL 60440


BLACHUT, AGNES S.
349 W. 79TH ST.
WILLOWBROOK, IL 60527


BLITT AND GAINES, P.C.
661 GLENN AVENUE
WHEELING, IL 60090

BRASS TAP BEVERAGE SYSTEMS, IN
688 EAST NORTHWEST HWY
MT. PROSPECT, IL 60056


BROWNE, JAMIE L.
105710 LILAC LANE
BLDG 13 APT 210
WILLOWBROOK, IL 60527


BURR, HALEY
308 SOUTH VINE STREET
HINSDALE, IL 60521


BYLA, EDVINAS
7425 ARBOR AVE
BURR RIDGE, IL 60527


BZOWSKI, JUSTINE T.
6805 RICHMOND AVE.
DARIEN, IL 60561


CABANISS, CAROL A.
1954 LOOMES AVE
DOWNERS GROVE, IL 60516


CACIOPPO, NATALIE C.
8460 WALREDON AVE
BURR RIDGE, IL 60527


CAHILL, CAROL S.
500 CHASE DRIVE UNIT 12
CLARENDON HILLS, IL 60514


CAHILL, LORI M.
211 W. 59TH STREET APT 13
HINSDALE, IL 60521


CALLO, JENNIFER L.
8609 S. KILBOURN
CHICAGO, IL 60652


CAMPARELLI, PAUL J.
134 N. KENSINGTON
LA GRANGE, IL 60525

CARRILLO, MANUEL
19 BRIAN STREET #9
GLEN ELLYN, IL 60137


CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL 60675-5723


CERVANTES, JOSE C.
5502 S MADISON #16
HINSDALE, IL 60521


CHAPMAN, DANICA R.
6714 HIGH RD.
DARIEN, IL 60561


CHAPMAN, JUSTIN
6714 HIGH ROAD
DARIEN, IL 60561


CHICAGOLAND RESTAURANT EQUIP S
1400 HULL
WESTCHESTER, IL 60154


CIMA, CAITLIN
417 56TH STREET
CLARENDON HILLS, IL 60514


CINTAS #769
1201 WEST ST. CHARLES RD
MAYWOOD, IL 60153


CITY OF CHICAGO BANKRUPTCY UNIT
121 N LASALLE RM 107
CHICAGO, IL 60602


CIVANTOS, MARIA
312 BRIARGATE  TERRACE
HINSDALE, IL 60521


CNA SURETY
P.O. BOX 802876
CHICAGO, IL 60680-2876

COCA COLA BOTTLING COMPANY
ALSIP SALES CENTER
CHICAGO, IL 60674


COFFEY, NICHOLAS J.
6722 HIGH ROAD
DARIEN, IL 60561


CONLEY, KEVIN M.
253 N RICHMOND AVE
CLARENDON HILLS, IL 60514


CONNOLLY, CYNTHIA
326 SHERIDAN DR.
WILLOWBROOK, IL 60514


CORDERO, MARK
801 79TH #203
DARIEN, IL 60562


COX, DAVE K.
7812 W 91ST STREET
HICKORY HILLS, IL 60457


COZZINI BROS., INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


CROSS CLEANING, INC.
1901 EAST STREET
LOCKPORT, IL 60441


CUELLO JR., PETER
1530 ENVEE DR
BOLINGBROOK, IL 60490


CUELLO, AMBER M.
16229 CODO DRIVE
HOMER GLEN, IL 60491


DALMARES PRODUCE, INC.
1314 WEST 21st STREET
CHICAGO, IL 60608

DAMIAN, JOSE L.
202 GRANT DRIVE
BOLINGBROOK, IL 60440


DAMIAN, JUAN
2039 GOLFVIEW CT 2D
WHEATON, IL 60189


DANIHEL, MICHELLE
771 KROMRAY RD
LEMONT, IL 60439


DE LA FUENTE, JOSE L.
2045 PRENTIS DR.
DOWNERS GROVE, IL 60516


DELAUNE, SARAH S.
248 E PLAINFIELD RD
COUNTRY SIDE, IL 60525


DELUXE BUSINESS CHECKS AND SOL
P.O. BOX 742572
CINCINNATI, OH 45274-2572


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DESANCTIS, PATRICIA
138 MACARTHUR DRIVE #5011
WILLOWBROOK, IL 60527


DIAZ, JILLIAN T.
206 W. 59TH ST
WILLOWBROOK, IL 60527


DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036


DO NOT USE
3860 COMMERCE DRIVE
ST CHARLES, IL 60174

DOLORESCO, AARON K.
62 WEST 60TH #206
WESTMONT, IL 60559


DOMESTIC UNIFORM RENTAL
4131 NORTH RAVENSWOOD
CHICAGO, IL 60613


DREYER, CARL E.
8 S. 100 WASHINGTON
DARIEN, IL 60561


DUPAGE CONVENTION & VISITORS
915 HARGER ROAD
OAK BROOK, IL 60523


DUPAGE COUNTY COLLECTOR
BILL PAYMENT CENTER
CAROL STREAM, IL 60197-4203


DUPAGE COUNTY HEALTH DEPARTMEN
111 NORTH COUNTY FARM RD
WHEATON, IL 60187


DUPAGE COUNTY PUBLIC WORKS
P.O. BOX 4751
CAROL STREAM, IL 60197-4751


DUPAGE LIGHTING SERVICE
440 S McLEAN BLVD
ELGIN, IL 60123


ECHEVERRIA, KRISTEN E.
910 HORSESHOE CT
CAROL STREAM, IL 60188


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


ELMHURST EMERGENCY MED SRVS
1165 PAYSPHERE CIRCLE
CHICAGO, IL 60674

```
ELMHURST MEMORIAL HOSPITAL
200 BERTEAU
ELMHURST, IL 60126


EMERGENCY HEALTH CARE PHYS IL
39182 TREASURY CENTER
CHICAGO, IL 60694-9100


ESCOBEDA, JESUS
606 PRESTON DRIVE #120
BOLINGBROOK, IL 60440


ESCOBEDO, JUAN F.
6322 FRANCIAN DRIVE
HODGKINS, IL 60525


EUCLID BEVERAGE, LTD
200 OVERLAND DRIVE
NORTH AURORA, IL 60542


FALZONE, ALEC
10502 S. 81ST AVE
PALOS HILLS, IL 60465


FAMILY LAWN SERVICE COMPANY
4228 WEST 24th PLACE
CHICAGO, IL 60623


FARRELL, KEITH F.
11919 OREGON TRAIL
ORLAND PARK, IL 60467


FARRELL, KENNETH C.
9142 W. 91ST PLACE
HICKORY HILLS, IL 60457


FARRELL, KYLE L.
15713 WALNUT CT.
HOMER GLEN, IL 60491


FARRELL, NICOLE M.
15110 QUAIL HOLLOW DR.
APT #2S
ORLAND PARK, IL 60462
```

FEENEY, KAITLYN M.
16 W 253 94TH STREET
BURR RIDGE, IL 60527


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FINTECH.NET
7702 WOODLAND CENTER BLVD
TAMPA, FL 33614


FIRE & SECURITY  SYSTEMS INC
516 W. CAMPUS DRIVE
ARLINGTON HEIGHTS, IL 60004


FIRE & SECURITY SYSTEMS, INC.
516 WEST CAMPUS AVENUE
ARLINGTON HEIGHTS, IL 60004


FLEMING, PATRICIA
6730 DALE ROAD
DARIEN, IL 60561


FLORES, KEVIN E.
8101 RTE. 53 #5
WOODRIDGE, IL 60517


FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494


FORKAN, ELIZABETH K.
305 AMBRIANCE DRIVE
WILLOWBROOK, IL 60527


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124


FUENTE, JOSE L.
2045 PRENTIS DR
DOWNERS GROVE, IL 60516

FULLER, TAYLOR K.
10921 LINN COURT
LA GRANGE, IL 60525


FURTADO, MARY J.
8642 BROOKFILED AVE
BROOKFIELD, IL 60513


G & M REFRIGERATION, INC.
18131 HUMMINGBIRD DRIVE
TINLEY PARK, IL 60487


G&K SERVICES
8201 SOUTH CORK AVENUE
JUSTICE, IL 60458-1718


GANDARA, ANGELINA V.
12 TOWER COURT
DOWNERS GROVE, IL 60516


GARCIA, JAVIER
511 PRESTON DR
BOLINGBROOK, IL 60440


GARCIA, MARIO
102 WILLOWBROOK
DARIEN, IL 60517


GARCIA, NICHOLAS
7440 TENNESSEE LANE #218
WILLOWBROOK, IL 60527


GARDA CL SOUTHWEST INC
P O BOX 90152
PASADENA, CA 91109


GARDUNO, GILBERTO
7337 WOODWARD APT 108
WOODRIDGE, IL 60517


GARDUNO, JUAN F.
2207 MCDONOUGH ST
JOLIET, IL 60436

GCS SERVICE, INC.
P.O. BOX 64373
ST PAUL, MN 55164-0373


GIORDANO'S ADVERTISING FUND
308 W RANDOLPH ST
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
308 W RANDOLPH ST
CHICAGO, IL 60606


GIORDANO'S FRANCHISE, INC.
308 W RANDOLPH ST
CHICAGO, IL 60606


GLASS & MIRROR AMERICA
643 BLACKHAWK DR
WESTMONT, IL 60559


GODINEZ, JOSE L.
6734 CHARLESTON DR
DARIEN, IL 60561


GONNELLA
2758 EAGLE WAY
CHICAGO, IL 60678-1027


GONZALES, EZEQUIEL
567 REDWOOD RD.
BOLINGBROOK, IL 60440


GONZALEZ, EUSEBIO
563 RED WOOD RD
BOLINGBROOK, IL 60440


GONZALEZ, JOSEPH A.
708 W. 65TH
WESTMONT, IL 60559


GONZALEZ-SWIK, CHRISTINE M.
24219 W PARTRIDGE DR.
PLAINFIELD, IL 60544

GORGIEVA, SAVETKA
7301 S WILLOWSPRINGS RD
APT 206
LA GRANGE, IL 60525


GORSKI, BRETT E.
524 HIGHLAND ROAD
HINSDALE, IL 60521


GRANADOS, ISAIAS
2032 PRENTISS DR. APT 212
DOWNERS GROVE, IL 60516


GRANATH, EMILY K.
ONE UNIVERSITY PKWY #634
ROMEOVILLE, IL 60446


GRECO AND SONS, INC.
1550 HECHT ROAD
BARTLETT, IL 60103


GRIMES, MELANIE
212 VALLEY VIEW
BURR RIDGE, IL 60527


GUARANTEED SERVICE & SUPPLY, I
24616 WEST ROLLINS ROAD
ROUND LAKE, IL 60073


GUERRA, ADAM W.
7045 LORRAINE TERRACE
BERWYN, IL 60402


GUZMAN, ALEJANDRO
7343 TENNESSE DR.
WILLOWBROOK, IL 60550


HANNAN, GEORGE R.
7539 S ROBERTS APT 1E
BRIDGEVIEW, IL 60455


HARGROVE, MARISSA M.
7373 BLACKBURN AVE #105
DOWNERS GROVE, IL 60516

HASSETT, JAMES
6425 CLARENDON HILLS RD
WILLOWBROOK, IL 60527


HAVERIC, SELMA
5773 S GARFIELD AVE
HINSDALE, IL 60521


HAWES, JENNIFER L.
142 HIGHLAND RD
HINSDALE, IL 60527


HERNANDEZ, ARTURO
4930 S. KOMENSKY
CHICAGO, IL 60632


HERNANDEZ, JESUS G.
132 MALIBU DR.
BOLINGBROOK, IL 60440


HERNANDEZ, JOSE L.
1020 WILLIAMS
WESTMONT, IL 60559


HERNANDEZ, SERGIO
132 MALIBU DR.
BOLINGBROOK, IL 60440


HIGGINS, HEATHER M.
5831 S MERRIMAC AVE
CHICAGO, IL 60638


HIGI, KRISTYN M.
2839 DERROUGH
MELROSE PARK, IL 60164


HOFFMANN, JENNIFER M.
7714 HAYENGA LANE
DARIEN, IL 60561


HUDSON ENERGY
24919 NETWORK PLACE
CHICAGO, IL 60673-1249

HULL PRODUCTIONS
339 WEST GOETHE STREET
CHICAGO, IL 60610


IBARRA, RODRIGO
17 W 269 STILLWELL
OAKBROOK, IL 60181


ICE TOWN
50 EISENHOWER LANE NORTH
LOMBARD, IL 60148


ICE TOWN
1120 NORTH DUPAGE AVENUE
LOMBARD, IL 60148


ICE TOWN
1814 BEACH STREET
BROADVIEW, IL 60155


ILLINOIS DEPARTMENT OF REVENUE
0
0, 0


ILLINOIS DEPT OF REV BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS LIQUOR CONTROL COMMIS
100 WEST RANDOLPH ST
CHICAGO, IL 60601


INGLES, LOUANN G.
9 S. 240 LAKE DRIVE
WILLOWBROOK, IL 60527


INIGUEZ, KARINA N.
8318 MENDINGWALL DRIVE
WOODRIDGE, IL 60517

INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136TH STREET
CRESTWOOD, IL 60445


INTEGRYS ENERGY SERVICES, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


IPPOLITO, STEPHANIE C.
200 N. ADDISON AVE #405
ELMHURST, IL 60126


JANKAUSKAS, NERIUS
428 N CRAIG PLACE
LOMBARD, IL 60148


JIMENEZ, GUILLERMO A.
2025 PRENTISS DRIVE
APT B-308
DOWNERS GROVE, IL 60516


JIMENEZ, JOSE R.
7368 TENNESSEE DR APT 202
WILLOWBROOK, IL 60527


JOHNSON, RYAN
7302 LARCHWOOD LANE
WOODRIDGE, IL 60517


JOHNSON, SARA A.
349 SUNRISE AVE
WILLOWBROOK, IL 60527


JORITZ, KAILEEN T.
7801 ADAMS STREET
DARIEN, IL 60561


JOSE C. CERVANTES
5502 SOUTH MADISON
HINSDALE, IL 60521

JUAN DAMIAN
2047 GOLFVIEW COURT
WHEATON, IL 60187


JUNGE, JENNY L.
104 W. 67TH STREET
WESTMONT, IL 60559


KAGAY, KENDYLL
17 W. 444 SUTTON PLACE
DARIEN, IL 60561


KARICH, CANDICE L.
215 W. 59TH ST. #14
HINSDALE, IL 60521


KARIOTT, JODI
215 W. 59TH ST. #14
HINSDALE, IL 60521


KERR, ANDY J.
133 W. 57TH STREET
CLARENDON HILLS, IL 60514


KING, COURTNEY M.
93 TOMLIN CIRCLE
BURR RIDGE, IL 60527


KNUTSEN, KIRBIE A.
345 E SCHILLER #215
VILLA PARK, IL 60181


KORDON, VICTORIA
14 E 56TH PLACE
WESTMONT, IL 60559


KOSS, KELLY K.
11703 S LEAMINGTON
ALSIP, IL 60803


KOZLA, ROBERT J.
243 SUNRISE
WILLOWBROOK, IL 60521

KREJCZYK, SUE
826 SOUTH STREET
LOCKPORT, IL 60441


LABEDIS, CAMERON T.
17 W 434 EARL CT.
DARIEN, IL 60561


LAGRANGE MEMORIAL HOSPITAL
13866 TREASURY CENTER
CHICAGO, IL 60609-3800


LAGUNAS, DAGOBERTO J.
7605 ORCHARD #2
WOODRIDGE, IL 60517


LAINEZ, NERY
890 FOXWORTH
LOMBARD, IL 60148


LARSEN, JESY R.
2320 W. JACKSON BLVD #1
CHICAGO, IL 60612


LEE'S OVEN REPAIR, ERA
3501 N MARTENS ST
FRANKLIN PARK, IL 60131


LEZZA SPUMONI & DESSERTS, INC.
4001-09 ST. CHARLES ROAD
BELLWOOD, IL 60104


LIDDELL, SAMANTHA M.
7315 W 157TH STREET
ORLAND PARK, IL 60462


LISKA, CELINE
6722 TUDON LANE #2
WILLOWBROOK, IL 60527


LITE TECH, INC.
3149 GLENWOOD-DYER ROAD
LYNWOOD, IL 60411

LLANOS, JORGE
1020 S. WILLIAMS ST
APT G10
WATERMAN, IL 60556


LO TECH SALES LLLP
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127


LOPEZ, EMILIO
419 W GROVE AVE
BENSENVILLE, IL 60105


LOPEZ, MICHELLE M.
130 W. BURLINGTON AVE
WESTMONT, IL 60559


LUECK, NICOLE S.
21 S. WAIOLA AVE. #10
LA GRANGE, IL 60525


MADRIGAL, ADRIANA
4544 W. 59TH ST.
CHICAGO, IL 60629


MAGALLANES, JACQUELINE
9 S. 616 HIGHLAND RD
WILLOWBROOK, IL 60527


MAGIK GRAPHICS
15 W 700 N FRONTAGE RD
BURR RIDGE, IL 60527


MAHR, MATTHEW M.
7317 SUNRISE ST.
DARIEN, IL 60561


MARCYNIUK, ALEXANDRA
651 ALBERT STREET
ELMHURST, IL 60126


MARTINEZ, ELIZABETH
5734 S TRIPP
CHICAGO, IL 60629

MARZANO, MERRY C.
16 W 551 91ST STREET #1E
WILLOWBROOK, IL 60527


MASTER RODDING, INC.
P.O. BOX 932
ELGIN, IL 60121


MATA, CHRISTINE E.
90 6TH AVENUE #102
LA GRANGE, IL 60525


MCEVOY, JESSICA E.
1901 EAST STREET
LOCKPORT, IL 60441


MCGUIRE, THOMAS
129 9TH STREET
DARIEN, IL 60561


MD ADVERTISING
2405 ESSINGTON ROAD #84
JOLIET, IL 60435


MEDINA, SERGIO
3538 S. 61ST. COURT
CICERO, IL 60804


MENDEZ, GILBERTO R.
6720 LAKESHORE DRIVE
APT 5
WESTMONT, IL 60559


MENDOZA, JOSE
20925 W ARDMORE CR.
PLAINFIELD, IL 60544


MERCHANT SERVICES
MAIL DROP 1MOC3D
CINCINNATI, OH 45263


MERRILL S. NICHOLAS
15 WINDWARD CIRCLE
WILLOWBROOK, IL 60527

MICHELANGELO PAINTING COMPANY
9826 NORWOOD
ROSEMONT, IL 60018


MICRO-EYE SECURITY SYSTEMS, IN
13939 SOUTH KILDARE
CRESTWOOD, IL 60445


MID AMERICAN  ENERGY COMPANY
P.O. BOX 8020
DAVENPORT, IA 52808


MIDWEST HEALTH WORKS
545 PLAINFIELD ROAD
WILLOWBROOK, IL 60527


MIECHLE, ADAM E.
62 W 60TH ST.
WESTMONT, IL 60559


MILLENNIUM IRON & EQUIPMENT RE
511 TEIBEL DRIVE
SCHERERVILLE, IN 46375


MINUTEMAN INTERNATIONAL, INC.
P.O. BOX 13294
NEWARK, NJ 07101-3294


MIRANDER, SERGIO
2213 PRENTISS APT 301
DOWNERS GROVE, IL 60516


MOLINARO, EVELYN
2632 S 59TH AVE
CICERO, IL 60804


MONACO, JASON S.
7007 SIERRA CT.
DARIEN, IL 60561


MOOSMANN, KATIE J.
8117 MIDDLEBURY AVE
WOODRIDGE, IL 60517

MUNDO DEVELOPMENT
P.O. BOX 389114
CHICAGO, IL 60638

MUSCARELLO, MARY
6311 SOUTHELM STREET
WILLOWBROOK, IL 60527

NAJERA, HUMBERTO
7422 BROOKDALE APT 215
DARIEN, IL 60561

NARANJO, GLADYS A.
5633 S. TRIPP
CHICAGO, IL 60629

NEMONS, MICHELLE L.
1434 LAKEVIEW DR APT 259
DARIEN, IL 60561

NEWCOM, LISA
13130 BLUE HERON DRIVE
ORLAND PARK, IL 60467

NICHOLAS, MERRILL F.
15 WINDWARD CIRCLE
WILLOWBROOK, IL 60527

NICOR GAS
P.O. BOX 416
AURORA, IL 60568-0001

NIGOGHOSSIAN, ARTHUR
10711 5TH AVE CUTOFF
APT 209
COUNTRY SIDE, IL 60525

NUCO2 LLC
P.O. BOX 9011
STUART, FL 34995

NUGENT, COURTNEY M.
7413 BROOKDALE DR. #112
DARIEN, IL 60561

OCHOA, REBECCA
4524 HIGHLAND AVE
DOWNERS GROVE, IL 60515


OLIVITO, GENO F.
15208 S. WILLCOOK RD
LOCKPORT, IL 60441


OLIVITO, NICHOLAS E.
1402 WASHINGTON STREET
LOCKPORT, IL 60441


OLYMPIC STORE FIXTURES
4758 SOUTH CICERO AVENUE
CHICAGO, IL 60638


ORECK CLEAN HOME
820 EAST OGDEN AVENUE
WESTMONT, IL 60559


ORESTIS CONSTRUCTION CO.
4239 NORTH HAMLIN AVENUE
CHICAGO, IL 60618


ORTEGA, BILLY JOE
8204 DOWNERS RD
DOWNERS GROVE, IL 60516


P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PACHECO, JOSE M.
16 W 520 LAKE DR APT 101
WILLOWBROOK, IL 60527


PACHECO, PEDRO
347 GEHRIG CIRCLE
BOLINGBROOK, IL 60440


PACHECO, PEDRO
269 S. STILLWELL PLACE
VILLA PARK, IL 60181

```
PATEL, BOBBIE S.
6723 FIELDSTONE DR.
BURR RIDGE, IL 60527


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PAYLOCITY PAYROLL
3850 NORTH WILKE ROAD
ARLINGTON HTS, IL 60004


PAZ, EFRAIN
890 FOXWORTH
LOMBARD, IL 60148


PDQ UPHOLSTERY
500 REDWOOD COURT
NORTH AURORA, IL 60542


PEREZ, HUMBERTO
7223 WOODWARD AVE
APT 301
WOODRIDGE, IL 60517


PERRY LOCK & DOOR SYSTEMS, INC
P.O. BOX 497
WILLOW SPRINGS, IL 60480


PLETOSU, VERONICA
7343 TENNESSEE RD
WILLOWBROOK, IL 60527


PONCE, GYLMAR X.
3 TANGLEWOOD CT
LA GRANGE, IL 60525


QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600
```

QUINTANA, JESUS T.
6510  WOODWARD AVE
APT 201A
DOWNERS GROVE, IL 60517


QUINTERO, ROSENDO L.
1020 SOUTH WILLIAMS #G10
WESTMONT, IL 60559


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDOLPH PARTNERS 641 SERIES
740 NO RUSH STREET
CHICAGO, IL 60611


REITER, ANN M.
2390 MAYFIELD RD
MONTGOMERY, IL 60538


RESPONDI, RICHARD
5127 S. NATOMA
CHICAGO, IL 60638


RESTAURANT DIRECTORY INC
2405 ESSINGTON RD. UNIT 84
JOLIET, IL 60435


REYES, LINO V.
110175 STREET
DARIEN, IL 60561


REYES, NICOLE M.
721 MEGAN CT
WESTMONT, IL 60559


RHOADES, AMANDA B.
7313 RICHMOND AVE
DARIEN, IL 60561


RIOS, CHRISTINA P.
7422 ADAMS ST.
DARIEN, IL 60561

RIVERA, CRISTHIAN M.
6720 VAIL DRIVE #3
WESTMONT, IL 60559


ROCHE, PATRICK W.
6961 S. VINE STREET #203
LA GRANGE, IL 60525


ROCK, STEPHANIE P.
6615 CHAUCES RD
WILLOWBROOK, IL 60527


RODRIGUEZ, NICOLE
366 RESTON CIRCLE
DOWNERS GROVE, IL 60446


ROGEL, JOSE I.
2316 S. WHIPPLE
CHICAGO, IL 60623


ROURKE, SHELLIE M.
1001 W FRONTAGE RD
JOLIET, IL 60435


RUBRIGHT, DAVID
4905 CHASE AVE
DOWNERS GROVE, IL 60515


RUIZ, JUAN M.
1110 PLAINFIELD RD
DARIEN, IL 60561


RUIZ, RAUL
304 WOODCREEK DRIVE
BOLINGBROOK, IL 60440


RUIZ, SAUL
304 WOODCREEK RD
APT 108
BOLINGBROOK, IL 60440


RULJEVAS, EDGARAS
6102 KNOLL VALLEY DR
APT 108
WILLOWBROOK, IL 60527

RULJEVAS, GRETA
427 58TH PLACE
HINSDALE, IL 60521


SAAVEDRA, FAUSTIVO B.
1331 W. WINFIELD WAY
BOLINGBROOK, IL 60440


SANCHEZ, GERARDO
1020 WILLIAMS APTG10
WESTMONT, IL 60559


SANCHEZ, OSCAR
1020 WILLIAMS APT 10
WESTMONT, IL 60557


SANSONE, NANCY A.
212 VALLEY VIEW
HINSDALE, IL 60521


SARA LEE FOOD SERVICES
P.O. BOX 70819
CHICAGO, IL 60673-0819


SCHAMBERGER BROS, INC.
P.O. BOX 7440
VILLA PARK, IL 60181-7440


SCHEFDORE, ALLISON
2 RIDGEFARM RD
WILLOWBROOK, IL 60527


SCHEFDORE, KELLY
2 RIDGE FARM RD
WILLOWBROOK, IL 60527


SECRETARY OF STATE
DEPT OF BUSINESS SERVICE
SPRINGFIELD, IL 62756-5510


SECURE PRODUCTS CORPORATION
P.O. BOX 914
HILLSIDE, IL 60162

SENESE, GENNA M.
605 MARION SQ.
OAK BROOK, IL 60523


SHEFFIELD, PAUL E.
7440 TENNESSEE DR. #218
WILLOWBROOK, IL 60527


SIDOR, BARBARA
4534 S. AVERS AVE.
CHICAGO, IL 60632


SIEWAK, TIMOTHY D.
7231 S. WOODWARD AVE
APT 307
WOODRIDGE, IL 60517


SIMEC, RICHARD J.
42 W. 60TH UNIT 108
WESTMONT, IL 60559


SIMONS, JENNIFER M.
105481 IVY LANE #107
WILLOWBROOK, IL 60527


SINE, AMANDA M.
23 DEER PATH TRAIL
BURR RIDGE, IL 60527


SLOVAK, AARON J.
220 S. LINDEN
WESTMONT, IL 60559


SMITHEREEN PEST MANAGEMENT
7400 NORTH MELVINA AVE
NILES, IL 60714-3908


SOKHAN, LILIYA
7343 TENNESSEE DRIVE
APT 214
WILLOWBROOK, IL 60527


SOTO, SERGIO
314 CASS APT W-2
WESTMONT, IL 60559

SOUTHERN WINE & SPIRITS OF ILL
135 SOUTH LASALLE STREET
CHICAGO, IL 60674-2971


SPILKER, ELLE A.
224 ASHFORD LANE
WESTMONT, IL 60559


STA-KLEEN, INC.
803 WEST ESTES AVENUE
SCHAUMBURG, IL 60193


STANEVICIENE, BIRUTE
4829 W 109TH STREET
OAK LAWN, IL 60453


STASCHKE, DANA A.
9 S 731 WILLIAM DR
BURR RIDGE, IL 60527


STEAMGARD CARPET CLEANERS
2003 GRANART ROAD
SUGAR GROVE, IL 60554


STEPPS, DONNY J.
7919 FAIRMOUNT AVE
DOWNERS GROVE, IL 60516


STEWARTS PRIVATE BLEND FOODS,
4110 W WRIGHTWOOD AVE
CHICAGO, IL 60639


STOKES, CHARLES J.
902 SOUTH 7TH STREET
MAYWOOD, IL 60153


STRATOS FOODS, INC.
314 NORTH LEAVITT STREET
CHICAGO, IL 60612


STURDIVANT, MELISSA
700 RAUB STREET
JOLIET, IL 60435

SUPERIOR BEVERAGE COMPANY
1070 ORCHARD ROAD
MONTGOMERY, IL 60538


SWAEKAUSKI, SHERYL M.
128 ASCOT LANE APT 3214
WILLOWBROOK, IL 60527


SWANSON, AUDREY M.
7920 WOODGLEN LANE #207
DOWNERS GROVE, IL 60516


SWIK, ERIC M.
614 MAPLE LANE
DARIEN, IL 60561


TANVIR, NIMRA
1013 BOB-O-LINK
DARIEN, IL 60561


THARP, LAURA A.
7440 TENNESSEE DRIVE
APT 114
WILLOWBROOK, IL 60527


THE BOELTER COMPANIES
P.O. BOX 1451
MILWAUKEE, WI 53201-1451


THOMPSON, CAITLIN A.
7612  S. FERDINAND
BRIDGEVIEW, IL 60455


THORNTON, VANESSA R.
604 ROGERS STREET
DOWNERS GROVE, IL 60515


TIERRA ENVIRONMENTAL & INDUSTR
3821 INDIANAPOLIS BLVD
EAST CHICAGO, IN 46312


TORRIJOS, HERIBERTO
2035 PRENTISS DRIVE APT 112
DOWNERS GROVE, IL 60516

TORRIJOS, JOSE
7422 BROOKDALE APT 215
DARIEN, IL 60561


TORRIJOS, JUAN M.
7422 BROOKDALE APT 215
DARIEN, IL 60561


TORRIJOS, LUIS A.
175 MACARTHUR DRIVE #3724
WILLOWBROOK, IL 60527


TORRIJOS-QUINTANA, GABRIELA
2035 PRENTISS DRIVE APT 112
DOWNERS GROVE, IL 60516


TRIMARK MARLINN, INC.
DEPT. CH 17131
PALATINE, IL 60055-7131


TURANO BAKING COMPANY
36749 EAGLE WAY
CHICAGO, IL 60678-1367


UNIQUE PRODUCTS
P.O. BOX 66516
CHICAGO, IL 60666


VALDIVIA, MIGUEL
6415 S. AVE G
CHICAGO, IL 60617


VEGA, DELFIN
126 ENGLEWOOD AVE
BELLWOOD, IL 60104


VELEZ, MARCO A.
1101 75TH STREET
DARIEN, IL 60561


VILLAGE OF WILLOWBROOK
PLACES FOR EATING TAX
WILLOWBROOK, IL 60527

VILLAGE OF WILLOWBROOK
LICENSING DEPARTMENT
WILLOWBROOK, IL 60527-5594


VILLAGE OF WILLOWBROOK
WATER DEPARTMENT
WILLOWBROOK, IL 60527-5594


VILLAGOMEZ, MARIA G.
266 VILLAGE RD.
WILLOWBROOK, IL 60527


VILLALBA, LEOVIGILDO
3121 SHELLEY CT
WOODRIDGE, IL 60517


VORREYER, DENNIS J.
16 W 460 TIMBERLAKE DRIVE
WILLOWBROOK, IL 60527


WASTE MANAGEMENT
P.O. BOX 4648
CAROL STREAM, IL 60197-4648


WEIGEL, KEVIN W.
6401 WESLEY RD.
WILLOWBROOK, IL 60527


WEIGEL, MAURA D.
8564 HEATHER DR.
BURR RIDGE, IL 60527


WIEREMA, AMANDA J.
8347 FIELDCREST
WILLOW SPRINGS, IL 60480


WIEREMA, ASHLEY J.
8347 FIELD CREST
WILLOW SPRINGS, IL 60480


WILLOWBROOK/BURR RIDGE CHAMBER
8300 SO. MADISON STREET
BURR RIDGE, IL 60527

WIRTZ BEVERAGE ILLINOIS LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


WOODBURN, ASHLEY E.
5562 S OAKBROOK STREET
HINSDALE, IL 60521


WRAY, SARAH A.
62 W 60TH APT 206
WESTMONT, IL 60559


WRIGHT, ASHLEY V.
33 WOODVIEW LANE
LEMONT, IL 60439


XIMELLO, CANDIDO
2045 PRENTISS DR.
DOWNERS GROVE, IL 60516


ZINK, BRITTANY N.
1221 ROTH DRIVE
JOLIET, IL 60431


ZOLE, ANNIE C.
301 LAKE HINSDALE DR
APT 310
WILLOWBROOK, IL 60527